**580**

■

Jana Lee Johnson McLEAN

v.

James Kenneth McLEAN, Jr.

2130568

Court of Civil Appeals of Alabama.

03/06/2015

Affirmed

■

Stephanie S. FORET

v.

Felix FORET, Jr.

2130598

Court of Civil Appeals of Alabama.

01/30/2015

Reh. denied

■

Brian STIDHAM

v.

MIDLAND FUNDING, LLC

2130601

Court of Civil Appeals of Alabama.

01/9/2015

Reh. denied 02/20/2015

Affirmed

■

GENTIVA HEALTH SERVS., INC.

v.

STATE HEALTH PLANNING & DEV. AGENCY and Hometown Home Health Care of Blount Cty., LLC

2130606

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

■

GENTIVA HEALTH SERVS., INC.

v.

STATE HEALTH PLANNING & DEV. AGENCY and Hometown Home Health Care of Cherokee Cty., LLC

2130607

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed